UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAPITOL RECORDS, LLC., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NOEL BOQUET, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.: C 08-3145 PVT <br><br> **ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

On October 8, 2008, Plaintiffs filed a Motion for Entry of Default Judgment by the Court Against Defendant Noel Boquet. This case is currently assigned to a Magistrate Judge. Based on the moving papers and the file herein,

IT IS HEREBY ORDERED that this case be reassigned to a District Judge. Magistrate Judges only have authority to issue judgments in cases where all parties have consented to Magistrate Judge jurisdiction. *See* 28 U.S.C. § 636(c)(1). Because Defendant has not appeared and has not consented to Magistrate Judge jurisdiction, Plaintiffs' motion for default judgment by the court must be heard by a District Judge.

Dated: *10/9/08*

                                             PATRICIA V. TRUMBULL
                                             United States Magistrate Judge